AO 91 (Rev. 11/11) Criminal Complaint

AUSA John Lanchantin (312) 523-6363



FILED
5/6/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DANIEL R. STAMP

CASE NUMBER: 26 CR 208

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about May 5, 2026, at O'Hare International Airport, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(5)(B) | knowingly possessed material, namely a Samsung Galaxy model S25 Ultra, serial number R5CY115Q31P, IMEI 355838536029063 mobile device, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A). |

This criminal complaint is based upon these facts:

  X  Continued on the attached sheet.

/s/ Patrick K. Cox (MDW w/ permission)

PATRICK K. COX
Special Agent, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: May 6, 2026

*Judge's signature*

City and state: Chicago, Illinois

M. DAVID WEISMAN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, Patrick K. Cox, being duly sworn, state as follows:

1.     I am a Special Agent with the Department of Homeland Security's Homeland Security Investigations ("HSI"), and have been so employed for approximately one year. My current responsibilities include the investigation of child exploitation and child pornography.

2.     This affidavit is submitted in support of a criminal complaint alleging that Daniel R.  Stamp ("STAMP") knowingly possessed child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B).  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging STAMP with knowingly possessing child pornography, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and from persons with knowledge regarding relevant facts, including STAMP.

## I.     FACTS SUPPORTING PROBABLE CAUSE

4. As detailed below, on May 5, 2026, STAMP arrived at O'Hare International Airport in Chicago, Illinois on an international flight. After STAMP disembarked the plane, U.S. Customs and Border Patrol ("CBP") stopped STAMP, conducted a border search, and manually reviewed STAMP's mobile phone (the Subject Phone).[1] Officers reviewed the Telegram app[2] and the Subject Phone's photograph "Gallery" application located therein, and identified several images and videos that constitute child pornography.

**A. CBP Border Search Authority**

5. I know that, pursuant to Title 19, United States Code, Section 1401(i), CBP Officers and HSI Special Agents are "Customs Officers." As Customs Officers, they have the authority to conduct border searches at the border pursuant to, among other provisions, Title 19, Code of Federal Regulation, Section 162.6, and Title 19, United States Code, Sections 1401, 1461, 1582 and 1589a.

6. I know from my training and experience that the border may include the actual border, the functional equivalent of the border, or the extended border. A functional equivalent of the border includes the O'Hare Internal Airport customs inspection area in O'Hare's International terminal.

---

[1] According to a CBP official, STAMP possessed and claimed sole ownership of a Samsung Galaxy S25 Ultra cell phone, which bears serial number R5CY115Q31P, IMEI 355838536029063, and phone number (XXX)-XXX-4943.

[2] Based on my training and experience, Telegram is a mobile messaging and social media application used to send messages and multimedia files, among other things. Users may access Telegram from a mobile application, like a cellular phone.

7.     The authority to conduct border searches extends to people and merchandise entering and exiting the United States. All travelers crossing the United States border are subject to routine inspection by CBP, including their mobile phones and baggage, consistent with the border search exception doctrine.

### B. STAMP's Border Search

8.     According to CBP flight manifest data, on or about May 5, 2026, STAMP arrived at Chicago O'Hare International Airport from Spain. According to CBP officers, CBP identified STAMP through a report that law enforcement received identifying STAMP as an individual who had made online payments to an account that, through law enforcement information, was suspected to distribute child pornography. Accordingly, CBP believed STAMP may be in possession of child pornography. According to CBP officers, CBP officers directed STAMP to a secondary customs inspection after he passed through primary passport control.

9.     At the secondary customs inspection, CBP officers initiated a border search pursuant to its authority under Title 19 of the United States Code, including Sections 1401(i), 1461 and 1582, and Title 19, C.F.R., Section 162.6.

10.     According to the inspecting CBP officers at the secondary customs inspection, STAMP verbally claimed ownership of a Samsung Galaxy S25 Ultra cell phone (the Subject Phone) and other property in his possession.

11.     According to inspecting CBP officers, the officers provided STAMP with a tear sheet titled "Inspection of Electronic Devices," which explains information including "Why You May Be Chosen for an Inspection," "Authority to Search," "What

3

Happens Now?," "Return or Seizure of Detained Electronic Device(s)," and "Privacy and Civil Liberties Protection." According to the inspecting CBP officers, STAMP read the tear sheet, unlocked the Subject Phone, and provided the Subject Phone's passcode orally to the CBP officers. The CBP officers then handed STAMP's Subject Phone to on-site HSI special agents, including the Affiant.

12. According to HSI special agents, including the Affiant, special agents conducted a manual (*i.e.*, routine) search of STAMP's Subject Phone. During the search, special agents observed multiple photos and videos of prepubescent male children that, in my training and experience, constitute child pornography as defined in Title 18, United States Code, Section 2256(8)(A). Specifically, according to HSI special agents, including the Affiant, special agents examined the "Trash" folder of the "Gallery" photograph application in the Subject Phone.[3] The special agents observed the following files:

a. a 14-second video that depicted a male minor placing his hand on the penis of a second male minor and repeatedly moving his hand along the length of the penis. Based on my training and experience, the physical appearance of the victims in the above-described file indicated they were prepubescent minors;

b. a still image of a prepubescent male standing fully nude holding an inflatable ball behind his shoulders with his penis and scrotum showing and the focus of the image;

---

[3] Based on my training and experience, and public source information, including from Samsung.com, the Samsung gallery app is the default media manager for Galaxy devices, designed for viewing, editing, and organizing photos and video.

c. a still image of a prepubescent male standing fully nude with an erect penis, which is the focus of the camera image; and

d. a still image which depicts a prepubescent male laying nude in a posed position still with an erect penis and his scrotum visible for the camera.

13. According to HSI special agents, the special agents brought STAMP to an interview room for further questioning. According to HSI special agents, the special agents provided STAMP with a written *Miranda* waiver. A HSI special agent read the *Miranda* waiver to STAMP. STAMP reviewed and signed the *Miranda* waiver. According to the special agents, STAMP made the following material admissions in substance:

a. STAMP resides in Johnston, Iowa;

b. STAMP is the sole owner and exclusive user of the Subject Phone.

c. According to STAMP, he receives what he understands to be child pornography via the Telegram application and has so for multiple years.

d. According to STAMP, he views the child pornography he receives via Telegram, knowing that it depicts underage children, for the purposes of STAMP's sexual gratification (*i.e.*, masturbation). According to STAMP, he is primarily attracted to minor males in the age rage of 13- to 17-years-old, but he has viewed images of underage males that he estimates are as young as approximately 8 years-old.

e. According to STAMP, he possesses additional media devices at his residence in Johnston, Iowa, totaling an estimated 3.5 terabytes of data. According to

5

STAMP, the data includes child pornography, but he is unsure of the quantity of images on the media device.

f. According to STAMP, he has not engaged in conversation with or met the underage males depicted in the images.

g. According to STAMP, he has previously destroyed images he believed to be child pornography in an attempt to stop, what he called, a multi-year "addiction." And he destroyed the images, in part, because he was aware that the conduct was illegal.

14. According to HSI special agents, the interview room was equipped with audio and video recording. I do not yet have a copy of the recorded interview.

15. According to HSI special agents, based on STAMP's admissions and the basic border search of the Subject Phone, which identified child pornography, HSI is completing an advanced search based on a reasonable suspicion that the Subject Phone contains a violation of law, namely possession and transportation of child pornography.

6

## II.    CONCLUSION

16.    Based on the above information, there is probable cause to believe that STAMP knowingly possessed material, namely, a Samsung Galaxy model S25 Ultra mobile phone, which bears serial number R5CY115Q31P, IMEI 355838536029063 and phone number (XXX)-XXX-4943, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

FURTHER AFFIANT SAYETH NOT.

/s/ Parick K. Cox (MDW w/ permission)

PATRICK K. COX
Special Agent, Homeland Security Investigations
(HSI)

SWORN TO AND AFFIRMED by telephone May 6, 2026.

Honorable M. DAVID WEISMAN
United States Magistrate Judge

7